# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00055-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### INTRODUCTORY ALLEGATIONS

1. On or about July 25, 2019, after a one week trial in *United States v. Lawrence Martin Birk*, case number 18-cr-359-REB ("Defendant's Tax Case"), a jury in the District of Colorado found Lawrence Martin Birk ("Defendant") guilty of Tax Evasion, in violation of 26 U.S.C. § 7201.

2. On or about July 25, 2019, after the jury returned the guilty verdict in Defendant's Tax Case, United States District Court Senior Judge Robert E. Blackburn ordered Defendant to inventory and surrender all of his firearms within 24 hours.

3. On or about July 26, 2019, Defendant inventoried and surrendered seven firearms to the Park County Sheriff's Office, to wit:

    a. One Marlin M336 30-30 rifle, SN: #72001899;

    b. One Winchester M12 20 gauge shotgun, SN: #562707;

    c. One Marlin .22 rifle, SN: #35298302;

    d. One Ruger Security-Six .357 revolver, SN: #151-18209;

    e. One Carcano M38 6.5mm rifle, SN: #F188;

    f. One Mauser K98 8mm rifle, SN: #9570; and

    g. One Custom 7mm Mag rifle, SN: unknown.

4. On or about October 30, 2019, Judge Blackburn sentenced Defendant to imprisonment for a term exceeding one year. Judge Blackburn further ordered that Defendant must voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days of such designation.

5. On or about November 8, 2019, Judge Blackburn ordered Defendant to surrender and report to the Warden at FCI Florence Satellite Prison Camp on November 21, 2019, by 12:00 p.m. (noon) Mountain Standard Time.

6. On or about November 8, 2019, Defendant's Probation Officer called Defendant and left him a voicemail, informing Defendant of Judge Blackburn's surrender order. Defendant's Probation Officer also sent Defendant a letter informing him of the surrender order.

## COUNT 1

7. Paragraphs 1 through 6 are incorporated here.

8. On or about November 21, 2019 and continuing thereafter, in the District of Colorado and elsewhere, the Defendant, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction for Tax Evasion in violation of 26 U.S.C. § 7201, an offense punishable by imprisonment for a term of not more than five years, and having been directed by the Court to surrender to FCI Florence Satellite Prison Camp in the District of Colorado on November 21, 2019, did knowingly and willfully fail to surrender for service of sentence as ordered by the Court.

All in violation of 18 U.S.C. §§ 3146(a)(2) and 3146(b)(1)(A)(ii).

Case No. 1:20-cr-00055-REB Document 1 filed 02/21/20 USDC Colorado pg 3 of 4

TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

 s/Christopher Magnani
CHRISTOPHER MAGNANI
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street NE
Washington, DC 20002
Tel: (202) 307-6408
Fax: (202) 514-9623
Christopher.Magnani@usdoj.gov

s/Elizabeth Hadden
Elizabeth Hadden
Assistant Chief
U.S. Department of Justice, Tax Division
150 M Street NE
Washington, DC 20002
Tel: (202) 514-5189
Fax: (202) 514-9623
Elizabeth.C.Hadden@usdoj.gov