DEFENDANT:       Lawrence Martin Birk

YEAR OF BIRTH:  1953

ADDRESS:         Lake George, Colorado

COMPLAINT FILED?  _____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES  __X__ NO

OFFENSES: 1 count 18 U.S.C. § 3146(a)(2) and 3146(b)(1)(A)(ii)

LOCATION OF OFFENSE
(County and State): Florence, Colorado

PENALTY:    18 U.S.C. § 3146: 5 years, fine

AGENT/DEPUTY:  IRS-CI SA George Warnoc, Denver

AUTHORIZED BY:  Trial Attorney Elizabeth C. Hadden

ESTIMATED TIME OF TRIAL:

__X__  five days or less

_____  over five days

_____  other

THE GOVERNMENT

_____  Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

__X__  Will not seek detention.

The statutory presumption of detention [is / is not] applicable to this defendant.

OCDETF case:  _____ Yes  __X__ No