AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>LAWRENCE MARTIN BIRK<br>*Defendant* | ) ) ) ) ) | Case No. 20-cr-00055-RBJ |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LAWRENCE MARTIN BIRK,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
  Failure to appear in violation of 18 U.S.C. § 3146(a)(2) and 3146(b)(1)(A)(ii)

Date:  02/21/2020                                                                S/A. Pesanti
                                                                        *Issuing officer's signature*

City and state:   Denver, Colorado                              Jeffrey P. Colwell, Clerk U.S. District Court
                                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                        *Arresting officer's signature*

                                                                        *Printed name and title*