**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE MARTIN BIRK,

    Defendant.

---

**GOVERNMENT'S NOTICE OF RELATED CASES**

---

The United States of America, by and through undersigned counsel, respectfully files this Notice of Related Cases in the above-captioned matter.

Procedural Posture of Related Criminal Case

On July 26, 2018, Defendant was charged with Tax Evasion, in violation of 26 U.S.C. § 7201, in a one-count indictment filed in United States District Court for the District of Colorado.  *See United States v. Birk*, 18-cr-359-REB at ECF #1.  After a four-day jury trial, the Defendant was found guilty on July 25, 2019.  *See id.* at ECF #82 and ECF #91.  On October 30, Judge Blackburn sentenced Defendant to a five-year term of imprisonment, and ordered Defendant to surrender for service of sentence at the institution designated by the Bureau of Prisons within 15 days of designation.  *Id.* at ECF #110.  On November 8, Defendant was ordered to surrender to FCI Florence

Satellite Prison Camp by 12pm (noon) on November 21.  *Id.* at ECF #115.  On November 22, having failed to surrender, the Court issued a warrant for Defendant's arrest.  *Id.* at ECF #121.  Although Defendant filed a timely notice of appeal, *id.* at ECF #112, the United States Court of Appeals for the Tenth Circuit dismissed his appeal under the fugitive-disentitlement doctrine on January 9, 2020.  *Id.* at ECF #135.

## Obligation to Provide Written Notice to the Clerk of Court

Pursuant to D.C.COLO.LCrR 50.1(c)(2), "On filing a new criminal case charging a felony offense and involving only one defendant, the United States Attorney shall notify the clerk in writing when that defendant is the only defendant in another pending criminal case in which a felony offense is charged."  Pursuant to D.C.COLO.LCrR 50.1(c)(3), "On filing a new criminal case charging a felony offense and involving only one defendant, the United States Attorney shall notify the clerk in writing when that defendant is currently on probation or supervised release."  Although this case does not fit squarely within either of the circumstances identified in D.C.COLO.LCrR 50.1(c)(2) or (3), it seems appropriate to notify the clerk of these unique circumstances.

The instant indictment charges Defendant with failure to appear for service of his sentence in Defendant's prior case before Judge Blackburn.   Whether the prior case is "pending" pursuant to Rule 50.1(c)(2) is not clear.   On the one hand, the conviction survived appeal, but on the other hand, the fugitive Defendant remains in violation of his conditions of release and may continue to be held on the basis of that violation.

Respectfully submitted this 20th day of February, 2020.

                RICHARD E. ZUCKERMAN
                Principal Deputy Assistant Attorney General
                U.S. Department of Justice, Tax Division

                By:   /s/ *Christopher Magnani*

                ELIZABETH C. HADDEN
                Assistant Chief
                CHRISTOPHER MAGNANI
                Trial Attorney
                U.S. Department of Justice, Tax Division
                150 M Street, NE
                Washington, DC 20002
                Tel: (202) 514-5189
                Fax: (202) 514-9623
                elizabeth.c.hadden@usdoj.gov
                christopher.magnani@usdoj.gov

                Attorneys for the United States