**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-CR-55-REB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LAWRENCE MARTIN BIRK**,

    Defendant.

**MOTION TO APPEAR BY TELEPHONE
AT FEBRUARY 27, 2020 DETENTION HEARING**

1. The United States of America, by Richard E. Zuckerman, Principal Deputy Assistant Attorney General, Department of Justice, Tax Division, and through Trial Attorney Christopher Magnani, hereby requests permission for the undersigned attorney to appear by telephone at the detention hearing on February 27, 2020.

2. Defense counsel does not oppose this motion.

3. The undersigned is based in Washington, DC and only learned of this hearing on Monday.

4. An AUSA will be present to represent the United States during this hearing.

WHEREFORE, for the foregoing reasons, the government requests the Court's permission for the undersigned attorney to appear telephonically at the February 27, 2020 hearing.

**DATED** this 26th day of February, 2020.

        Respectfully submitted,

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        U.S. Department of Justice, Tax Division

        By: */s/ Christopher Magnani*
        CHRISTOPHER MAGNANI
        Trial Attorney, Tax Division
        United States Department of Justice
        150 M Street NE
        Washington, DC 20002
        Tel: (202) 307-6408
        Fax: (202) 514-9623
        Email: Christopher.Magnani@usdoj.gov

        Attorneys for the United States

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2020 I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.  I also emailed a copy of this filing to Assistant Public Defenders Edward Harris and Jennifer Beck, counsel for the Defendant.

                                      */s/ Christopher Magnani*
                                      Christopher Magnani
                                      Trial Attorney, Tax Division
                                      United States Department of Justice
                                      150 M Street NE
                                      Washington, DC 20002
                                      Tel: (202) 307-6408
                                      Fax: (202) 514-9623
                                      Email: Christopher.Magnani@usdoj.gov