**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00055-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAWRENCE MARTIN BIRK,

      Defendant.

---

**INFORMATION**

---

The United States charges:

## COUNT 1

Between on or about October 30, 2019 until on or about January 30, 2020, in the District of Colorado and elsewhere, the Defendant, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition having been shipped and transported in interstate and foreign commerce, to wit:

    a. One M-16 variant .223 caliber rifle, SN: 7174;

    b. One Browning High Power 9mm pistol, SN: 72C39796;

    c. One Taurus PT145 .45 caliber pistol, SN: NCW43008;

    d. Approximately nine 30-round magazines, loaded with .223 caliber ammunition;

    e. Approximately 749 additional rounds of .223 caliber ammunition;

    f. Approximately three magazines, loaded with 9mm ammunition;

    g. Approximately 179 additional rounds of 9mm ammunition;

h.   Approximately two magazines, loaded with .45 caliber ammunition; and

i.   Approximately 38 additional rounds of .45 caliber ammunition.

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

/s/ Christopher Magnani

CHRISTOPHER MAGNANI
Trial Attorney
U.S. Department of Justice, Tax Division
150 M Street NE
Washington, DC 20002
Tel: (202) 307-6408
Fax: (202) 514-9623
Christopher.Magnani@usdoj.gov

/s/ Elizabeth Hadden

Elizabeth Hadden
Assistant Chief
U.S. Department of Justice, Tax Division
150 M Street NE
Washington, DC 20002
Tel: (202) 514-5189
Fax: (202) 514-9623
Elizabeth.C.Hadden@usdoj.gov