DEFENDANT:    Lawrence Martin Birk

YEAR OF BIRTH:    1953

ADDRESS:    Lake George, Colorado

COMPLAINT FILED?    ____ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ YES   _X_ NO

OFFENSES: 1 count 18 U.S.C. § 922(g)

LOCATION OF OFFENSE
(County and State): Florence, Colorado

PENALTY:    18 U.S.C. § 922(g): 10 years, fine

AGENT/DEPUTY:  IRS-CI SA George Warnoc, Denver

AUTHORIZED BY:  Trial Attorney Elizabeth C. Hadden, Christopher Magnani

ESTIMATED TIME OF TRIAL:

____ five days or less

____ over five days

_X_ other

THE GOVERNMENT

_X_ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

____ Will not seek detention.

The statutory presumption of detention [is / is not] applicable to this defendant.

OCDETF case:   ____ Yes   _X_ No