AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Lawerence Birk<br><br>*Defendant* | Case No. 20-cr-00055-REB |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/16/2020

*Defendant's signature*

/s/ Edward R. Harris
*Signature of defendant's attorney*

Edward R. Harris
*Printed name of defendant's attorney*

*Judge's signature*

Robert E. Blackburn, United States District Judge
*Judge's printed name and title*