**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:               June 18, 2020
Deputy Clerk:       Leigh Roberson
Court Reporter:     Terri Lindblom

---

Criminal Action No.  20-cr-55-REB                     Counsel:

UNITED STATES OF AMERICA,                             Christopher Magnani
                                                      Elizabeth Hadden
     Plaintiff,

v.

LAWRENCE MARTIN BIRK,                                 Edward Harris

     Defendant.

---

## COURTROOM MINUTES

---

**Change of Plea**

**1:03 p.m.      Court in session.**

Appearances of counsel. Defendant is present in custody. All parties, except the Court and its courtroom deputy clerk, appear via video teleconference.

Court's colloquy with the defendant regarding his right to appear in person. Defendant waives his right to an in-person hearing and agrees to proceed by video teleconference.

The plea documents are tendered to the Court.

Defendant sworn. Defendant is alert, competent, literate, and sober.

Court's colloquy with the defendant.

Defendant withdraws existing plea of not guilty and enters pleas of guilty to Count 1 of the Indictment and Count 1 of the Information.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

**IT IS ORDERED:**

1. That [ECF 27] is granted;

2. That the plea documents are admitted in evidence;

3. That formal approval of the plea agreement is deferred, pending consideration of the presentence report;

4. That the defendant's pleas of guilty to Count 1 of the Indictment and Count 1 of the Information are received, accepted and approved;

5. That defendant is found guilty of the crimes charged in Count 1 of the Indictment and Count 1 of the Information;

6. That the Probation Department shall conduct a presentence investigation and file a presentence report;

7. That defense counsel shall contact the Probation Department as soon as practicable to coordinate the defendant's participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

8. That the defendant's waiver of an indictment is received, accepted, and approved;

9. That the trial preparation conference and trial are vacated;

10. That this matter is continued to September 10, 2020, at 2:30 p.m., for sentencing, at which counsel and the defendant shall appear without further notice or order;

11. That the United States Marshal for the District of Colorado shall assist the Court in securing the appearance of the defendant; and

12. That the defendant is remanded to the custody of the United States Marshal.

**2:03 p.m.     Court in recess.**     Hearing concluded.

Total time in court:   1:00