IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   20-cr-00055-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LAWRENCE MARTIN BIRK ,

       Defendant.

_____

**DEFENDANT'S REPLY TO THE GOVERNMENT'S OBJECTION
TO THE DRAFT PRESENTENCE INVESTIGATION REPORT**
_____

      Defendant, Lawrence Martin Birk ("Mr. Birk"), by and through counsel, Edward R. Harris, Assistant Federal Public Defender, hereby replies to the government's Objection to the Draft Presentence Investigation Report (ECF 37). In support, Mr. Birk states that:

      1.    In their Plea Agreement (ECF 33), the parties estimated an adjusted advisory guideline offense level of 23, based upon a base offense level of 20 on the gun count[1] enhanced for the number of weapons and the commission of the offense in connection with another felony (the failure to surrender).  Probation calculates an adjusted level of 22, differing from the parties' estimate by including a 3C1.3 enhancement for possession of the guns while on release instead of the "in connection with" enhancement (ECF 36).

---

[1] The Plea Agreement calculates guidelines for the gun count but fails to include any calculation for the failure to surrender count.  Probation correctly calculates the guidelines for that count but concludes (again correctly) that the driving count for guideline purposes is the gun count due to operation of the grouping rules.  Thus, the correct calculation of the gun guideline takes on added importance here.

2.	For its part, the government objects to Probation's decision not to apply the "in connection with" enhancement (ECF 37). The government has not objected to the 3C1.3 enhancement, in effect ceding Probation's application of 3C1.3 and cherry-picking those enhancements which add to Mr. Birk's guideline level.

3.	Were both enhancements applied, the resultant offense level would be 26 and the advisory guideline range would be 78 to 97 months.

4.	Mr. Birk submits that, despite the parties' original estimate, Probation has the better argument – "in connection with" is inapplicable and 3C1.3 applies instead.

5.	Regardless, it makes no sense to apply both enhancements. Applying both an enhancement for illegally possessing guns in connection with failing to surrender and for possessing guns while committing the crime of failing to surrender is an impermissible double counting. Therefore, the Court should apply only one of these redundant enhancements; the most applicable is 3C1.3.

6.	Granted the enhancements fall under different guideline chapters. Still, the effect is the same – punishing Mr. Birk twice for the same conduct.

>	Respectfully submitted,
>
>	VIRGINIA L. GRADY
>	Federal Public Defender
>
>	s/ Edward R. Harris
>	EDWARD R. HARRIS
>	Assistant Federal Public Defender
>	633 17th Street, Suite 1000
>	Denver, CO 80202
>	Telephone: (303) 294-7002
>	FAX: (303) 294-1192
>	Edward_Harris@fd.org
>	Attorney for Defendant

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Christopher Michael Magnani
Department of Justice, Tax Division
Email: christopher.magnani@usdoj.gov


Elizabeth Caryl Hadden
U.S. Department of Justice-DC-601 D Street
Email: elizabeth.c.hadden@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Lawrence Martin Birk     *via U.S. mail*


                              s/ Edward R. Harris
                              Edward R. Harris
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:  (303) 294-7002
                              FAX:  (303) 294-1192
                              Edward_Harris@fd.org
                              Attorney for Defendant