

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
WASHINGTON, DC  20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Date: 03/25/2009

LAWRENCE M AND JEAN A BIRK
■ EASTER DAY PLACE
LAKE GEORGE, CO 80827-9727

---

Dear Mr. and Mrs. Birk,

The purpose of this letter is to inform you of the government's intent to initiate a civil suit to foreclose the tax liens against your real property located at:

■ Easter Day Pl, Lake George, CO 80827, Park County
■ Easter Day Pl, Lake George, CO 80827, Park County
9.05 acres vacant land, Cripple Creek, Teller County

Your tax liabilities remain unpaid and unresolved. This is your last opportunity to voluntarily resolve your liabilities before action is taken to foreclose our tax liens. I have enclosed Letter 3174 to provide a current outstanding balance.

Enclosed you will find Publications 1 and 594, explaining your rights as a taxpayer and the collection process, as well as Forms 1660, 9423 and 911.

If you feel the above enforcement actions are inappropriate, you may file an appeal under the Collection Appeal Program (CAP). To begin this process, you must first request a conference with Group Manager Cindy Bouldin. Ms. Bouldin can be reached at (720) 956-4311. If you do not resolve your issue with Ms. Bouldin, Form 9423 should be used to request a Collection Appeal (CAP).

If you feel the above enforcement actions will create a hardship, you may appeal this decision to the Taxpayer Advocate's Office by using Form 911.

Please contact me at the address or the telephone number listed below if you require assistance with completing any of these forms, or if you have any questions.

    Internal Revenue Service
    400 Rood Ave, Attn: R. Miller
    Grand Junction, CO 81501

    Phone#: (970)241-5889 x234
    Fax#: (970)245-8360

Government Exhibit 48

ROMILL0031

Sincerely,

ROSEANNE M MILLER
REVENUE OFFICER
Employee ID#: 84-10096

Enclosures:
    Forms 1660, 9423, 911
    Publications 1, 594
    Letters 3174