**Internal Revenue Service**                      **Department of the Treasury**
400 ROOD AVE.
GRAND JUNCTION, CO 81501-2550

Letter Date:
  03/26/2009
Taxpayer Identification Number
  ██-2204   ██-8696

LAWRENCE M & JEAN A BIRK
██ EASTER DAY PL                                  IRS Employee to Contact:
LAKE GEORGE, CO 80827-9727                          ROSEANNE M MILLER
                                                  Employee Identification Number:
                                                    84-10096
                                                  Contact Telephone Number:
                                                    (970)241-5889 x234

---

Although we previously sent you a notice of our intention to collect your unpaid tax through
enforced collection, our records show that you still have not paid the amount you owe.  Enforced
collection may include placing a levy on your bank accounts, wages, receivables, commissions,
etc.  It could also involve seizing and selling your property, such as real estate, vehicles, or
business assets.

To prevent collection action, please pay the amount you owe, now.

Make your check or money order payable to the United States Treasury, and write your social
security number or employer identification number on it.  Send your payment to us in the enclosed
envelope with a copy of this letter.  **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter.  Our telephone
number is at the top of this letter.  If you disagree with our taking enforcement action, you may be
able to work out another solution.  Speak to the person whose name appears at the top of this
letter, or ask for that person's manager.  If you do not agree with the results, you may ask for
appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe.  It
also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time.  Interest is computed from the due date of
your return (regardless of extensions) until paid in full or to the date of this notice.  Interest is also
charged on penalties assessed on your account.  Interest compounds daily except on underpaid
estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time.  Initially, the penalty is ½ of 1% of the
unpaid tax for each month or part of a month the tax was not paid.

Government
Exhibit
49

ROMILL0033

**Number of this letter:** 3174
**Date of this letter:** 03/26/2009
**Taxpayer Identification Number:** ▮▮▮-2204   ▮▮▮-8696

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the top of the first page of this letter.

Thank you for your cooperation.

Sincerely,

ROSEANNE M MILLER
REVENUE OFFICER

Enclosures:
Envelope

The amount you owe is:

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/1998 | $20,236.44 | $3,207.23 | $18,113.86 | $41,557.53 |
| 1040 | 12/31/1999 | $13,954.27 | $2,193.90 | $8,914.87 | $25,063.04 |
| 1040 | 12/31/2000 | $426,601.04 | $23,793.13 | $161,354.41 | $611,748.58 |
| 1040 | 12/31/2001 | $493,426.28 | $6,224.78 | $122,619.60 | $622,270.66 |
| 1040 | 12/31/2002 | $296,687.23 | $25,970.04 | $94,431.55 | $417,088.82 |
| 1040 | 12/31/2003 | $318,800.59 | $23,006.41 | $69,049.19 | $410,856.19 |
| 1040 | 12/31/2004 | $8,952.41 | $622.27 | $1,059.50 | $10,634.18 |
| 1040 | 12/31/2005 | $1,277.45 | $156.98 | $153.39 | $1,587.82 |

Total: $2,140,806.82

ROMILL0034