12 Easter Day Place
Lake George, CO  80827
(719) 748-1474

April 14, 2009

Roseanne Miller, #84-10096     Certified Mail: #7003 1010 0001 9065 9118
Internal Revenue Service
400 Rood Avenue
Grand Junction, CO  81501

**Subject:**   **For the Record; Demand for release of Notice of Federal Tax Lien(s)**

Reference:   1) Letter to Congressman Lamborn, dated April 13, 2009
2) Letter to Agent Bentley, IRS, dated May 29, 2008
3) Letter from IRS, dated March 25, 2009
4) Letter from IRS, dated March 26, 2009

Dear Agent Miller,

For the record, we are providing copies of correspondence with the federal government to keep you informed of recent developments.  The reference (1) letter to Congressman Doug Lamborn follows a meeting with his Deputy District Director, Joe Rall, in Fairplay, Colorado, on March 9th of this year.  At this meeting, Joe was informed of our dissatisfaction with Congressman Lamborn in his refusal to provide answers to formal Petitions for Redress of Grievances served upon his office last June.  Also, for the record, we copied you on the reference (2) letter to the IRS.  This letter provides details of our on-going struggle with the federal government in our attempt to resolve an alleged tax liability, and much more.  The reference (3 & 4) letters clearly show the intent of the IRS to deprive us of property under *color of law*.  Our position in this matter remains unchanged, and we will defend ourselves and our property by whatever means are necessary.  It is the right of a sovereign people.

We urge the IRS to cease and desist any and all collection actions against us at this time, as further action may incriminate you personally, or anyone at the IRS who may be willing to sign a **Verified Assessment** necessary to proceed in a "civil suit".  Also, we hereby demand that the IRS release all

Government Exhibit 51

"notices of federal tax liens" currently filed into the public record. You have 30 days to comply. Failure to comply with our demand may result in civil action against you personally, and/or any other employee of the IRS as required.

We also encourage you to visit the web site for the We The People Foundation (WTP) at www.wethepeoplefoundation.org to stay abreast of upcoming events, specifically the Continental Congress 2009 which will be seated later this year. As with the previous Continental Congress in 1776, it is the intent of this gathering of patriots to issue a formal document clearly stating our grievances against this government, and an urgent call for action. The enclosed flyer is for your information.

It is requested that this letter with enclosures be filed for the record.


Respectfully,


Lawrence Martin Birk
Without Prejudice

Jean Ann Birk
Without Prejudice


encl.

12 Easter Day Place
Lake George, CO 80827

April 13, 2009

Congressman Doug Lamborn  
Colorado, 5th District  
1271 Kelly Johnson Blvd. Suite 110  
Colorado Springs, CO 80920

Certified Mail Return Receipt Requested  
#7003 1010 0001 9065 9125

Reference: 1) Letter to Agent Thomas Bentley, IRS, dated May 29, 2008.  
2) Letter from IRS, dated March 25, 2009.  
3) Letter from IRS, dated March 26, 2009.

Dear Congressman Lamborn,

Last year we copied you on the reference (1) letter regarding a collection due process hearing which also provides a brief history of our on-going struggle to resolve an alleged tax liability. At that time we withdrew our request for a hearing on the basis that the federal government had refused to answer questions regarding the correct application of the tax laws, determination of taxable income, and due process of law. We are in receipt of the reference (2) letter from the IRS regarding the "government's intent to initiate a civil suit", or in plain language, deprive us of property.

We believe our letter to Agent Bentley was clear and concise as to our position in this matter. The reference (3) letter shows an alleged tax liability against us in the amount of **$2,140,806.82**, an amount that exceeds our total income, from all sources, for our entire lives, including the value of our real property. What the IRS has done is create a fiction at best, and at worst, committed fraud by recording this alleged tax liability into the public record. Now it is the intent of the IRS to commit fraud upon the court with this "civil suit" threatened against us. When will this government obey the law? What will it take to bring an end to this madness? Given the outright collusion on behalf of the courts regarding tax matters, we have little chance of success, if any, in challenging the powers that be in a court of law, even if we had the resources to do so.

Our reference (1) letter speaks for itself. The only non-violent option remaining to the people regarding this matter is for the government to answer, in good faith and in public, the lawful Petition(s) for Redress of Grievances now of record, petitions which were served upon your office in Colorado Springs by the undersigned, and others, on June 30, 2008. One of these petitions specifically addresses the questions mentioned earlier, and the history of this matter. We urgently request your assistance as our Representative to the federal government, and expect you to honor your Oath of Office. A prompt reply would be appreciated for obvious reasons. If we don't hear from you in this matter, the

die will be cast, and we will prepare to defend ourselves, and our property, in accordance with our solemn Oath. It is our Right as a sovereign people. No Answers, No Taxes.

God will bless America, but only if our words and actions honor Him.

Respectfully,

Lawrence Martin Birk
Without Prejudice

Jean Ann Birk
Without Prejudice

cc:

Roseanne Miller #84-10096
Internal Revenue Service
400 Rood Avenue
Grand Junction, CO 81501

Commissioner Douglas Shulman
Department of the Treasury
Internal Revenue Service
1111 Constitution Avenue
Washington D.C. 20224

Roxy Huber
Executive Director
Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

Sheriff Fred Wegener
Park County Sheriff's Office
1180 CR 16
Fairplay, CO 80440

12 Easter Day Place
Lake George, CO 80827

May 29, 2008

Agent Thomas S. Bentley ID# 84-01870  Certified Mail Return Receipt Requested
Internal Revenue Service  #7003 1680 0000 5180 5312
Appeals Office
PO Box 2148  Re: LAWRENCE M BIRK, #█████2204
Grand Junction, CO 81502  JEAN A BIRK, #█████8696

**It is respectfully requested that this letter be added to the applicable individual master files maintained by the Internal Revenue Service (IRS).**

Regarding the Collection Due Process hearing scheduled for today via telecon, we the undersigned formally withdraw our request for said hearing. We acknowledge receipt of documentation wherein the IRS is requesting records and returns, and payment of taxes, interest, and penalties. It has been our intent these past nine years to communicate with the IRS in good faith to administratively resolve the many issues between us, as afforded by law. We have put forth many questions regarding the <u>correct application of the tax laws</u>, <u>determination of taxable income</u>, and <u>due process of law</u>. The IRS has steadfastly refused to answer these questions or accused us of participating in "abusive tax avoidance schemes". In addition, there are two <u>formal complaints</u> of record filed with the Treasury Inspector General under section 12 of the Restructure and Reform Act, one against Agent R. Creamer, and one against Agent D. Parizek, both of which remain open cases to the best of our knowledge. Also of record, are several <u>Petitions for Redress of Grievances</u> bearing our signatures, delivered to the legislative and executive branches of government, respectfully submitted by the We The People Foundation (WTP), of which we are associated. These petitions remain unanswered as of this date. One of these petitions specifically addresses legal issues with the federal income tax, as currently enforced by the IRS and the DOJ. Your letter of May 5, 2008, states that "All of the correspondence you have sent to the IRS has been identified as espousing frivolous tax arguments." We strongly disagree, and at this point see no benefit, for either party, in further meetings or correspondence with the IRS, for any purpose. Our Petition for Redress of Grievances stands as written, and as served, formally and lawfully upon this government.

We have watched with dismay as both the legislative and executive branches of the federal government refused to respond to questions about the legal basis and enforcement authority behind the income tax system, resulting in our Petition for Redress of Grievances which documents the <u>substantial Constitutional abuses (torts) by this government</u> against us, and the American people. We have also watched with dismay the blatant judicial conspiracy evidenced by recent legal actions against many of the leaders of the tax honesty movement and WTP. These actions are nothing less than an overt attack on the Right of Free Speech, and are best described as <u>judicial tyranny</u>. Furthermore, the recent refusal of the United States Supreme Court to review the Right to

SIGNATURE FILE COPY

ROMORROMOR00733

EX-051.0005

2

Petition lawsuit filed by WTP (a first impression Constitutional issue), in which we were plaintiffs, now confirms collusion by all three branches of government to deny the citizens of this nation a fundamental Right in law, due process of law, and equal protection under the law. We fear this conduct on the part of government has rendered the courts "insignificant", leaving the people with few, if any, non-violent means to remedy misconduct by government officials and their agents.

In July of 2005, we met with the IRS in Fort Collins, and agreed in principle to "get back in the system" and file our returns for 1998 through 2005. This was accomplished in January of 2006 at great cost to us in time and money, having retained the services of a tax resolution firm, Advanced Tax Solutions, Inc. We met with an Appeals Officer in Denver and discussed our position, including our association with WTP and the Right to Petition lawsuit. We also provided a cover letter with the returns filed clearly stating that our actions at that time were "under duress". The results of the lawsuit are disappointing to say the least, but the refusal of the high court to affirm a fundamental right in law, much less provide a clear definition of the meaning of this right, does not change our position one bit. In fact, we intend to continue with the petition process until this government complies with the highest law of the land, as written. Our returns have since been "dishonored" by the IRS which continues to rely on unverified third-party information, and the SFRs prepared by the IRS. The current NFTL(s) of record amount to nothing less than fraud, a crime, as these documents have been entered into the public record as fact, and now impact our property, our credit, our business, and our good names.

With regard to the Petition for Redress of Grievances, a process that formally got underway in 1999, We have been an active participant along with thousands of people across all fifty States. The petition process has sought to have the legislative and executive branches address the evidence and answer specific legal questions regarding the origin, operation, and enforcement of the income tax system, then to remedy (provide redress) specific matters (grievances). The courts, for all intents and purposes, have rendered themselves "closed", stating these "grievances" are matters of public policy or political issues. We believe there are substantial legal issues. We believe the petition process is well grounded in all respects, on fundamental Rights, due process of law, and specific Constitutional principles. We believe our right to due process of law requires answers and actions by this government. We believe it is this process that will pave the way to genuine reform of the tax system, and an end to the abuses now so common place.

Historically, the right of petition is the primary right, and the right peaceably to assemble a subordinate and instrumental right, as if the First Amendment read: "the right of the people peaceably to assemble" in order to "petition the government." The right to petition is one that cannot be denied without violating those fundamental principles of liberty and justice which lie at the base of all civil and political institutions, principles which the Fourteenth Amendment embodies in the general terms of its due process clause. In the past, the US Supreme Court has addressed the Right to Petition:

ROMORROMOR00734

EX-051.0006

3

"The right of the people peaceably to assemble for the purpose of petitioning Congress for a redress of grievances, or for anything else connected with the powers or the duties of the National Government, is an attribute of national citizenship, and, as such, under the protection of, and guaranteed by, the United States. The very idea of a government, republican in form, implies a right on the part of its citizens to meet peaceably for consultation in respect to public affairs and to petition for a redress of grievances." **United States v. Cruikshank**, 92 U.S. 542, 552-53 (1876)

"Furthermore, the right of petition has expanded. It is no longer confined to demands for "a redress of grievances," in any accurate meaning of these words, but comprehends demands for an exercise by the Government of its powers in furtherance of the interest and prosperity of the petitioners and of their views on politically contentious matters." **Eastern R.R. Presidents Conf. v. Noerr Motor Freight**, 365 U.S. 127 (1961)

"The right [of petition] extends to the "approach of citizens or groups of them to administrative agencies (which are both creatures of the legislature, and arms of the executive) and to courts, the third branch of Government. Certainly the right to petition extends to all departments of the Government." **California Motor Transport Co. v. Trucking Unlimited**, 404 U.S. 508, 510 (1972)

Make no mistake, even if the IRS had a legitimate claim with respect to alleged tax liabilities, our Constitutional Right to Petition prevails legally, over any and all claims against us at this time. We must insist on honest answers, in good faith, and in a public forum, before the federal government is entitled to any more "income taxes". There is ample evidence to assert and fully support our personal and reasonable beliefs that the IRS has no lawful claim, nor authority to impose such a claim, for any direct tax upon private property, including our labor, intellect, sweat, blood, and tears. This would amount to indentured servitude which is specifically forbidden, and <u>all direct taxes must be apportioned to the states</u>, plain and simple, read the Constitution. The unfortunate fact in the matter before us is plain for all to see: Our servant government has refused to be held accountable under the highest law of the land, specifically, the Right of the people to Petition the government for Redress of Grievances.

**Now therefore, and until such time, as the lawful Petition(s) for Redress of Grievances, now of record, have been properly and fully acted upon by the federal government, the undersigned hereby withdraw any and all financial support from this government, to the fullest extent possible. Any actions by this government, it's officers or agents, to deprive us of property, liberty, or our very lives, will be taken under *color of law*, a crime, and therefore, <u>will be resisted</u>. It is our Unalienable Right to defend ourselves, and this is our Solemn Oath.**

ROMORROMOR00735

EX-051.0007

We believe we have acted in good faith in past attempts to resolve these issues administratively and through the court, both as sovereign Americans and alongside thousands of fellow Americans, and stand fully upon, and fully reserve, our unalienable, Constitutional Rights.

God will bless America, but only if our words and actions honor Him.

Respectfully,

_(signature)_
Lawrence Martin Birk
Without Prejudice

_(signature)_
Jean Ann Birk
Without Prejudice

cc:

The Honorable Doug Lamborn
US House of Representatives
3730 Stinton Road, Suite 150
Colorado Springs, CO  80907

Secretary Henry Paulson, Jr.
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington D.C.  20220

Commissioner Douglas Shulman
Department of the Treasury
Internal Revenue Service
Washington D.C.  20224

The Honorable Wayne Allard
United States Senate
111 S. Tejon, Suite 300
Colorado Springs, CO  80903

The Honorable Ken Salazar
United States Senate
409 N. Tejon, Suite 107
Colorado Springs, CO  80903

Sheriff Fred Wegener
Park County Sheriff's Office
1180 CR 16
Fairplay, CO  80440