**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-CR-55-REB

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**LAWRENCE MARTIN BIRK**,

        Defendant.

---

**NOTICE OF APPEARANCE OF TRIAL ATTORNEY JULIA RUGG**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of a bar and I appear in this case as counsel for the United States of America.

    **DATED** this 7th day of October, 2020.

        Respectfully submitted,

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        U.S. Department of Justice, Tax Division

        By:  */s/ Julia Rugg*
        JULIA RUGG
        Trial Attorney, Tax Division
        United States Department of Justice
        150 M Street NE
        Washington, DC 20002
        Tel: (202) 305-2679
        Fax: (202) 514-9623
        Email: Julia.M.Rugg@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that October 7, 2020 I electronically filed the foregoing with the clerk of court by using the CM/ECF system which will send a notice of electronic filing to the attorneys of record.

                                     By: */s/ Julia Rugg*
                                       JULIA RUGG
                                       Trial Attorney, Tax Division
                                       United States Department of Justice
                                       150 M Street NE
                                       Washington, DC 20002
                                       Tel: (202) 305-2679
                                       Fax: (202) 514-9623
                                       Email: Julia.M.Rugg@usdoj.gov