**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:             October 8, 2020
Deputy Clerk:     Emily Buchanan
Court Reporter:   Tammy Hoffschildt
Probation Officer: Trisha Skalmusky

| | |
|---|---|
| Criminal Action No. 20-cr-00055-REB | Counsel: |
| UNITED STATES OF AMERICA, | Christopher Magnani<br>Julia Rugg |
| Plaintiff, | |
| v. | |
| 1. LAWRENCE MARTIN BIRK, | Edward Harris<br>Jennifer Beck |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing via Video Teleconference**

**3:04 p.m.     Court in session.**

Appearances of counsel by VTC.  Defendant present in custody by VTC.

Defendant is sworn.

Defendant waives his right to an in-person hearing and agrees to proceed by video teleconference.

The parties have received and reviewed the presentence report and all addenda.

Also pending before the Court relevant to sentencing are the following:

- United States' Objection to the Draft Presentence Investigation Report ("PSR") [ECF #36] [ECF 37], filed August 17, 2020
- Defendant's Reply to the Government's Objection to the Draft Presentence Investigation Report [ECF 38], filed August 17, 2020

- Defendant's Motion for a Below Guidelines Sentence [ECF 39], filed August 27, 2020
- United States' Sentencing Statement [ECF 43], filed August 31, 2020

Statement by defense counsel.

Statement by the defendant.

Statement by government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgments of conviction, sentences, and orders.

**IT IS ORDERED** as follows:

1. That Defendant's Motion for a Below Guidelines Sentence [ECF 39] is denied;

2. That judgment of conviction is entered on Count 1 of the Indictment and Count 1 of the Information;

3. That it is the judgment and sentence of this Court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a total term of 78 months to be imposed as follows: Count 1 of the Indictment: 18 months plus 6 months consecutively pursuant to 18 U.S.C. § 3147, for a total sentence of 24 months for this count, to be served consecutively to Count 1 of the Information and to the sentence imposed in 18-cr-00359-REB.  Count 1 of the Information: 48 months plus 6 months consecutively pursuant to 18 U.S.C. § 3147, for a total sentence of 54 months for this count, to be served consecutively to Count 1 of the Indictment and to the sentence imposed in 18-cr-00359-REB;

4. That upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years on Count 1 of the Indictment and Count 1 of the Information, to be served concurrently; provided, furthermore, that within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district to which he is released;

5. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified on page R-2 of the Sentencing Recommendation [ECF 40-1];

6. That no fine is imposed;

7. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction, for a total of $200.00;

8. That presentence confinement shall be determined by the Bureau of Prisons; and

9. That the defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence.

The defendant waives formal advisement of his right to appeal the sentence imposed by the Court.

**4:15 p.m.     Court in recess.**

Total time in court: 1:11

Hearing concluded.